**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
      W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

---

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| TRUSTEES of the REFRIGERATION, AIR CONDITIONING & SERVICE DIVISION (UA-NJ) PENSION FUND, et. al., | Case No: 2:18-cv-02471-KSH-CLW |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| v. | |
| PENNETTA INDUSTRIAL AUTOMATION, LLC, | |
| *Defendant.* | |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this _1st_ day of _August_ 2018; and,

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Pennetta Industrial Automation, LLC the sum of **$26,173.39,** which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain

1

active jurisdiction over the enforcement and continued litigation of this matter.

Katharine S. Hayden, U.S.D.J.